# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 2, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150404(3)

IN RE J. CEDRIC SIMPSON, JUDGE
14A DISTRICT COURT

SC: 150404
JTC Formal Complaint 96

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Court, the request by the Judicial Tenure Commission for appointment of a master is considered, and the Honorable Timothy P. Pickard is hereby appointed master to hear Formal Complaint No. 96.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2014



Clerk